UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CV-61195-CV-BLOOM/VALLE

SECURITIES AND EXCHANGE COMMISSION,  )
                                     )
                                     )
            Plaintiff,               )
v.                                   )
                                     )
BILLY V. RAY JR.,                    )
WADE CLARK and                       )
URBAN AG CORP.,                      )
                                     )
            Defendants.              )
_____)

**PLAINTIFF'S NOTICE OF DISMISSAL OF ITS CLAIMS FOR DISGORGEMENT,
PREJUDGMENT INTEREST AND CIVIL PENALTY
AGAINST DEFENDANT BILLY V. RAY JR.**

Plaintiff Securities and Exchange Commission provides notice that it is dismissing its claims for disgorgement, prejudgment interest and a civil penalty against Defendant Billy V. Ray Jr. due to sanctions imposed on him in a parallel criminal proceeding.

Accordingly, all outstanding issues in this case against Ray have been resolved. The Court will retain jurisdiction over Ray, however, for purposes of enforcing the terms of the Judgment of Permanent Injunction and Other Relief the Court entered against Ray on September 3, 2014 [DE 27].

Respectfully submitted,

December 15, 2014          By:    s/Andrew O. Schiff
                                  Andrew O. Schiff
                                  Regional Trial Counsel
                                  S.D. Fla. Bar No. A5501900
                                  Direct Dial: (305) 982-6390
                                  E-mail: SchiffA@sec.gov
                                  *Lead Attorney*

-2-

        **ATTORNEY FOR PLAINTIFF**
        **SECURITIES AND EXCHANGE COMMISSION**
        801 Brickell Avenue, Suite 1800
        Miami, Florida 33131
        Telephone: (305) 982-6300
        Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 15, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

                                                  s/Andrew O. Schiff
                                                  Andrew O. Schiff

## SERVICE LIST

Lilly Ann Sanchez, Esq.
LS Law Firm
Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, FL 33131
Telephone:     305-503-5503
Email:          lsanchez@thelsfirm.com
*Counsel for Defendant Clark*
**(via CM-ECF)**


Billy V. Ray, Jr.
4110 Azurite Street
Cumming, Ga 30040
Email: billyvrayjr@yahoo.com
*Pro Se*
**(via Electronic Mail and First-Class Mail)**